# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1560
Lower Tribunal No. 08-CF-2482

_____

MICHAEL REED,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Collier County.
Elizabeth V. Krier, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and SMITH, JJ., concur.


Michael Reed, Milton, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED